## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

_Peter Valentine McHugh Jr._

_____

Write the full name of each plaintiff.

**19 CV 9882**

(Include case number if one has been assigned)

-against-

_New York City Police Department,_
_Patricia Parisi, Sara Parisi,_
_Larry Cavanagh, Brendan Casey_
_Anthony Cameron_

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial? ☑ Yes ☐ No

RECEIVED
PRO SE OFFICE
OCT 22 2019

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Peter _____ V _____ Mc Hugh _____
First Name              Middle Initial              Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

54119013 - 89T0861 - 043308 08H

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

OBCC

Current Place of Detention

16-00 HAZEN ST

Institutional Address

East ELmhurst _____ New York _____ 11370

County, City              State              Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other:   Parole Violator

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

Officer     Cook     ?

First Name     Last Name     Shield #

Police officer

Current Job Title (or other identifying information)

120 th Pericent

Current Work Address

Staten Island    NY     10306

County, City     State     Zip Code

Defendant 2:

Officer     gaglano     ?

First Name     Last Name     Shield #

Police officer

Current Job Title (or other identifying information)

120 pericent

Current Work Address

Staten Island    NY     10306

County, City     State     Zip Code

Defendant 3:

Patricia     Parisi

First Name     Last Name     Shield #

Home aide

Current Job Title (or other identifying information)

78 Sparkill Ave

Current Work Address

Staten Island   NY     10304

County, City     State     Zip Code

Defendant 4:

Larry    Cavangh    Tearclrop

First Name     Last Name     Shield #

78 Sparkill Ave

Current Job Title (or other identifying information)

Staten Island NY.

Current Work Address

         10304

County, City     State     Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: (1) Staten Island Ferry Terminal (2) Hunter St and Richmond Rd.

Date(s) of occurrence: Sept 5th, Sept 8th

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

on Said Dates i was Ambushed - Jumped - and Assaulted By Larry Cavanagh (Teardrop) He and Brendon Casey and Anthony Cameron, Split my skull open, Broke my ribs and Knee Cap..

Patricia Parisi paid these men to do the Hit on me Both times

Officer gagliano and Cook Covered the crime up Because they are related to the people who had me beat I told the officers what had happened to me, they did Not care, i was taken to Richmond Hospital, where i told Doctors too. all fell upon deaf ears.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Split Skull, where i recieved 3 Staples - 2 Broken Ribs Knee cap · Shoulder collar Bone - multiple Bruise cm Swollen of head - eyes, mouth, Nose.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

To Arrest and Prosecute the men Who assaulted me 1 million dollars in Compensation from NYPD and 50,000 from Patricia, Parisi To Coverr medical Bills and Legal Bills.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| | | *Peter McHugh* |
| Dated | | Plaintiff's Signature |
| Peter | V | McHugh     54//901313 |
| First Name | Middle Initial | Last Name |
| OBCC  16-00  HAZeN ST. | | |
| Prison Address | | |
| East Elmhurst | N.Y. | 11370 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Peter McHugh 54119013 IS
OBcc 16-00 HAzen Street
East Elmhurst N.Y. 11730

RECEIVED
OCT 22 2019
PRO SE OFFICE

Pro Se intake Unit
500 Pearl Street
New York, N.Y.
10007